Case 3:23-mj-03625-MAT   Document 3   Filed 11/13/23   Page 1 of 2

**FILED**
November 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Fidel Morales____
DEPUTY

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>**DERECK SADDAM GASTELUM**,<br>    Defendant. | **EP:23-M-03625-MAT** |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 31, United States Code, Section 5332, *Bulk Cash smuggling into or out of the United States*.

2. The Defendant cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. The Defendant has a prior criminal history.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold

2

the above-named Defendant without bail pending the final outcome of this case.

                                       Respectfully submitted,

                                       JAIME ESPARZA
                                       UNITED STATES ATTORNEY

By: *Debra P. Kanof*
       DEBRA P. KANOF
       Assistant U.S. Attorney
       Texas Bar #11093600
       700 E. San Antonio, Suite 200
       El Paso, Texas   79901
       (915) 534-6884